UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

WESLEY MONGE,

                     Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/29/2020
```

17 Cr. 611-12 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       On June 28, 2020, Defendant filed a motion for reduction of his sentence under 18 U.S.C. § 3582(c).  ECF No. 674.  It is ORDERED that by **July 2, 2020**, the Government shall respond to Defendant's motion.

       SO ORDERED.

Dated: June 29, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge