

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/5/2024_

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

_____

August 2, 2024

*Via ECF*
Hon. Analisa Torres
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

                  Re: USA vs. White (Wesley Monge)
                      1:17-cr-00611-AT

Dear Judge Torres:

    I was appointed under the Criminal Justice Act ("CJA") as attorney for Wesley Monge in the above captioned matter. We have concluded our representation of Mr. Monge; therefore, I am respectfully requesting to be removed from notifications in this case. Your Honor's time and consideration of this request is greatly appreciated.

                                                  Respectfully submitted,

                                                  Lorraine Gauli-Rufo, Esq.

The Clerk of Court is respectfully directed to terminate Lorraine Gauli-Rufo from the docket.

SO ORDERED.

Dated: August 5, 2024
        New York, New York

                                                  ANALISA TORRES
                                                  United States District Judge