

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/2025

| | |
|---|---|
| LORRAINE GAULI-RUFO, ESQ. | HANNAH EAVES, ESQ |
| NEW JERSEY OFFICE | NEW YORK OFFICE |
| 06 POMPTON AVENUE, SUITE 25 | 347 5TH AVENUE, SUITE 1402 |
| CEDAR GROVE, NJ 07009 | NEW YORK, NY 10016 |
| (973) 239-4300 | (646) 205-2259 |

April 28, 2025

*Via ECF*
Honorable Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re: USA vs. Wesley Monge<br>17-cr-611 (GBD)

Dear Judge Torres:

    I represented Wesley Monge pursuant to the Criminal Justice Act (CJA) in the above criminal matter. Mr. Monge recently reached out to my office in order to assist him with filing a motion seeking an early termination of his supervised release. I am respectfully requesting that Your Honor re-appoint me to represent Mr. Monge in his matter. Your Honor's time and consideration to this request is greatly appreciated.

    GRANTED.  Lorraine Gauli-Rufo is reappointed to represent Defendant pursuant to the Criminal Justice Act.

    SO ORDERED.

Dated: April 29, 2025
       New York, New York

ANALISA TORRES
United States District Judge