UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

-against-

Wesley Monge,

                            Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/8/2025

17 Cr. 611-12 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Defendant's motion for early termination of supervised release. ECF No. 980. By **July 21, 2025**, the Government shall file its response. By **July 28, 2025**, Defendant shall file its reply, if any.

    SO ORDERED.

Dated: July 8, 2025
       New York, New York

                                        ANALISA TORRES
                                      United States District Judge