```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/24/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

-against-

Wesley Monge,

                            Defendant.

17 Cr. 611-12 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed Defendant's motion for early termination of supervised release, ECF No. 980, the Government's opposition, ECF No. 987, and the Defendant's supplemental letter, ECF No. 997. Defendant's two-year term of supervised release commenced on November 21, 2023, ECF No. 987 at 1, and has therefore ended, *see* ECF No. 980 at 1. Accordingly, the Court DENIES Defendant's motion for early termination as moot.

      The Clerk of Court is respectfully directed to terminate the motion at ECF No. 980.

      SO ORDERED.

Dated: November 24, 2025
       New York, New York

                                                               ANALISA TORRES
                                                  United States District Judge